USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

GERARDO PERDOMO,

                              Plaintiff,                                    19-CV-3378 (KHP)

               -against-                                         **ORDER**

UNITED STATES OF AMERICA,

                              Defendant.

-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed during today's conference, the next status conference is scheduled for **March 5, 2020 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

DATED:     New York, New York
                 December 19, 2019

                                                        _____
                                                        KATHARINE H. PARKER
                                                       United States Magistrate Judge