USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/05/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GERARDO PERDOMO,

                          Plaintiff,                      19-CV-3378 (KHP)

               -against-                              **ORDER**

UNITED STATES OF AMERICA,

                          Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed during today's conference, the parties are directed to submit a joint letter by no later than May 29, 2020, advising the Court on the status of discovery. In the letter, the parties should indicate whether they would like a referral to the Southern District of New York Mediation Program.

        **SO ORDERED.**

DATED:    New York, New York
               March 5, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge