U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 28, 2020

**SO ORDERED:**

/s/ Katharine H. Parker
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
07/29/2020

Via ECF
Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Perdomo v. United States of America*, 19 Civ. 3378 (KHP)

Dear Judge Parker:

This Office represents the United States of America in the above-referenced action. We submit this letter jointly on behalf of both parties in response to the Court's Order dated June 1, 2020, which granted the parties' requests for a referral to the SDNY Mediation Program, granted the parties' request for a stay of expert discovery and pretrial deadlines, granted the United States' request to complete two outstanding fact discovery items, and directed the parties to provide an update on the case by today. Dkt. No. 35.

Since submitting their last status letter on May 29, 2020, Dkt. No. 34, the parties have scheduled a mediation for August 20, 2020. Additionally, the United States has completed one of the open fact discovery items—it subpoenaed and received records from a third party—and expects to complete the last remaining items—making a production of handful of records responsive to Plaintiff's document requests—within the next two weeks. <u>Consistent with the Court's Order dated June 2, 2020, Dkt. No. 36, the parties respectfully propose that they submit a joint status letter to the Court by September 21, 2020, to update the Court on whether the mediation was successful and to propose next steps for this case.</u>

We thank the Court for its consideration of this submission.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   /s/ Jennifer Jude
TALIA KRAEMER
JENNIFER JUDE
Assistant United States Attorneys
E-mail: jennifer.jude@usdoj.gov

cc (via ECF):  *Attorneys for Plaintiff*