# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Zachary A. Kady
Direct: +1 212.351.5305
Fax: +1 212.351.6305
ZKady@gibsondunn.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/22/2020

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
09/22/2020

September 21, 2020

VIA ECF

Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Perdomo v. United States of America*, 19-cv-3378 (JGK) (KHP)

Dear Judge Parker,

I submit this letter jointly on behalf of both parties in response to the Court's Order dated July 29, 2020, Dkt. No. 38, which directed the parties to file a joint letter indicating whether the parties' mediation was successful, and to propose next steps for the case.

The parties held a mediation on August 20, 2020 but were unable to agree to a resolution of this dispute. Nevertheless, the parties continue to engage in settlement negotiations and therefore request a further extension of the deadlines for expert discovery and dispositive motions.

The parties respectfully request that the Court stay the pending deadlines[1] in this matter for an additional 45 days, and that the parties submit a joint status letter to the Court by November 4, 2020, to update the Court on whether the parties have successfully reached a settlement and to propose next steps for this case, including, if necessary, submitting for the Court's consideration an amended case management schedule.

We thank the Court for its consideration of this submission.

---

[1] The currently pending pre-trial deadlines are: (1) the exchange of disclosures generally identifying the subject matter of expert reports on which the parties will rely; (2) exchange of opening expert reports; (3) exchange of rebuttal expert reports; (4) expert dispositions; (5) dispositive motions; and (6) submission of a joint pre-trial order and motions *in limine*.

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

**GIBSON DUNN**

Honorable Katharine H. Parker
September 21, 2020
Page 2

Respectfully submitted,

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER, LLP | AUDREY STRAUSS<br>Acting United States Attorney for the<br>Southern District of New York |
| By: /s/ *Zachary A. Kady*<br>Zachary A. Kady<br>200 Park Avenue<br>New York, NY 10166<br>Tel: (212) 351-4000<br><br>*Attorney for Plaintiff* | By: /s/ *Jennifer Jude*<br>TALIA KRAEMER<br>JENNIFER JUDE<br>Assistant United States Attorneys<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007<br>Tel.: (212) 637-2822/2663<br>Fax: (212) 637-2702/2686<br><br>*Attorneys for Defendant* |

**GIBSON DUNN**