# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Zachary A. Kady
Direct: +1 212.351.5305
Fax: +1 212.351.6305
ZKady@gibsondunn.com

February 4, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/08/2021

VIA ECF

Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> The parties' joint request is GRANTED. The parties are also ordered to submit a status letter by **Friday, February 19, 2021**.
>
> SO ORDERED:
>
> _/s/ Katharine H. Parker_
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
>
> 02/08/2021

Re:   *Perdomo v. United States of America*, 19-cv-3378 (JGK) (KHP)

Dear Judge Parker,

    I submit this letter jointly on behalf of both parties in response to the Court's Order dated November 4, 2020, Dkt. No. 43, which granted the parties' request to extend the stay of expert discovery and pretrial deadlines in this case to allow additional time for settlement negotiations. <u>The parties have made progress in their negotiations and respectfully request that the stay be extended by an additional two weeks—to February 18, 2021—to permit those discussions to continue.</u>

    We thank the Court for its consideration of this submission.

Respectfully submitted,

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER, LLP | AUDREY STRAUSS<br>Acting United States Attorney for the<br>Southern District of New York |
| By:  */s/ Zachary A. Kady*<br>    Zachary A. Kady<br>    200 Park Avenue<br>    New York, NY 10166<br>    Tel: (212) 351-4000<br><br>    *Attorney for Plaintiff* | By:  */s/ Jennifer Jude*<br>    TALIA KRAEMER<br>    JENNIFER JUDE<br>    Assistant United States Attorneys<br>    86 Chambers Street, 3rd Floor<br>    New York, NY 10007<br>    Tel.: (212) 637-2822/2663<br>    Fax: (212) 637-2702/2686<br>    *Attorneys for Defendant* |