```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
GERARDO PERDOMO,                                                 :
                                                                 :
                                      Plaintiff,                 :         19-CV-3378 (KHP)
                                                                 :
                 -against-                                       :            ORDER
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :
                                      Defendant.                 :
                                                                 :
-----------------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 02/23/2021

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the parties' representation that they have settled this matter it is hereby ordered that all pretrial and discovery deadlines are vacated sine die.  It is further ordered that this action will be dismissed without costs (including attorneys' fees) to either party on **Thursday, March 25, 2021** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement.  To be clear, any request that the action not be dismissed must be filed on or before Thursday, March 25, 2021, any request filed thereafter may be denied solely on that basis.

**SO ORDERED.**

Dated: New York, New York
       February 23, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge